# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA RENAUD, etc.,<br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br>etc., et al.,<br>    Defendant. | CV 17-8593 DSF (PLAx)<br><br>JUDGMENT |

    The Court having issued an Order to Show Cause re Dismissal (OSC), Plaintiff having failed to respond to the OSC or oppose Defendants' motion to dismiss, and having failed to comply with several other Court orders, and having failed to prosecute this action,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

    IT IS SO ORDERED.

Date: February 26, 2019

                                        Dale S. Fischer
                                        United States District Judge